# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### March 18, 2005

[Cite as *03/18/2005 Case Announcements*, 2005-Ohio-1146.]

## DISCIPLINARY CASES

**2004–1062. Disciplinary Counsel v. Gideon.**
This cause came on for further consideration upon the filing of a motion of respondent for extension of time to pay costs. Upon consideration thereof,

IT IS ORDERED by the court that the motion be, and hereby is, granted. It is further ordered that respondent shall pay Board costs and interest, accruing at ten percent per annum after March 15, 2005, in full on or before 45 days from the date of this order. No further extensions will be granted.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### March 21, 2005

[Cite as *03/21/2005 Case Announcements*, 2005-Ohio-1211.]

## MISCELLANEOUS DISMISSALS

**2004–2166. Stark Commons, Ltd. v. Stein Mart, Inc.**
Stark App. No. 2004CA00029, 2004-Ohio-6969. This cause is pending before the court as a discretionary appeal. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2004–2128. Payphone Assn. of Ohio v. Pub. Util. Comm.**
Public Utilities Commission, No. 96–1310–TP–COI.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### March 22, 2005

[Cite as *03/22/2005 Case Announcements*, 2005-Ohio-1254.]

## MISCELLANEOUS DISMISSALS

**2004–2139. State v. Burton.**
Licking App. No. 2004CA00027. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due March 18, 2005, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed sua sponte.